Filed 4/29/15  P. v. Blankenship CA3

NOT TO BE PUBLISHED

California Rules of Court, rule 8.1115(a), prohibits courts and parties from citing or relying on opinions not certified for publication or ordered published, except as specified by rule 8.1115(b).  This opinion has not been certified for publication or ordered published for purposes of rule 8.1115.

IN THE COURT OF APPEAL OF THE STATE OF CALIFORNIA

THIRD APPELLATE DISTRICT

(Shasta)

| | |
|---|---|
| THE PEOPLE, | C076177 |
| Plaintiff and Respondent, | (Super. Ct. No. 11F7806) |
| v. | |
| WILLIAM MIKEL BLANKENSHIP, | |
| Defendant and Appellant. | |

Defendant William Mikel Blankenship seeks correction of a clerical error in the abstract of judgment filed in the instant matter, and the People properly concede the point.[1]  (*People v. High* (2004) 119 Cal.App.4th 1192, 1200, citing *People v. Mitchell* (2001) 26 Cal.4th 181, 185.)  Therefore, we order the abstract of judgment corrected.

In exchange for drug treatment and probation (Pen. Code, § 1210.1), defendant entered a plea of guilty to possession of a controlled substance (Health & Saf. Code, § 11377, subd. (a)), admitted a prior prison term allegation (Pen. Code, § 667.5, subd.

---

[1] The facts underlying defendant's conviction are irrelevant to the issue on appeal and are not recounted.

1

(b)), and admitted any executed sentence must be served in state prison because he has a prior conviction for lewd conduct with a child (Pen. Code, §§ 288, subd. (c), 1170, subd. (h)(3)).  When defendant's probation was subsequently revoked after repeated violations, the trial court sentenced him to an aggregate term of three years in state prison.  The abstract of judgment improperly indicates that defendant was sentenced as a second striker pursuant to Penal Code sections 667, subdivisions (b)-(i) or 1170.12.

DISPOSITION

The judgment is affirmed.  The trial court is directed to prepare a corrected abstract of judgment deleting the indication that defendant was sentenced pursuant to Penal Code sections 667, subdivisions (b)-(i) and 1170.12, and to forward a certified copy of the corrected abstract of judgment to the Department of Corrections and Rehabilitation.


                                        _____BLEASE_____, J.


We concur:


      _____RAYE_____, P. J.


      _____ROBIE_____, J.